DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

Phan Ngoc Pham

Debtor(s)

Chapter 13
Case No. 22-50306SLJ

TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

341 Meeting Date: May 23, 2022 @ 9:30AM
Pre-Hearing Conference Date: June 9, 2022
Pre-Hearing Conference Time: 9:55AM
Place: Telephonic or Video Only
Judge: Stephen L. Johnson

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the following reasons:

1. The Plan is not feasible pursuant to 11 U.S.C. §1325(a)(6) because the Debtor is proposing to pay a total of $21,000.00 and this is not enough money to pay all scheduled and/or filed secured, priority, administrative, and any general unsecured claims plus trustee's fees.  As of the date of this objection, and based on the Trustee's review of scheduled and filed claims, the Debtor would need to pay $25,200.00.  **This amount can change *daily* because it is derived from many variables including the amounts stated**

**on filed claims, changing treatment of claims in amended plans, objections to claims, additional attorneys fees and changing trustee's fees. The actual amount of money needed to complete the plan cannot be determined until after the plan is confirmed and all claims are filed and allowed. The Trustee is providing the above number to assist the Debtor in understanding why the plan is not feasible at this time. The number does not represent an actual payoff for the case and cannot be relied upon for any purpose other than to demonstrate lack of feasibility.**

2. The Debtor failed to provide copies of income tax returns prior to the 11 U.S.C. §341 meeting of creditors. *See separate objection point.* So that the Trustee can verify that the copies that the Debtor will provide are true and correct copies of the returns that were provided to the taxing agencies, the Trustee requests that the returns provided to the Trustee be attached to a declaration signed by the Debtor stating under penalty of perjury that the returns being provided are true and correct copies of the returns that the Debtor submitted to the taxing authorities.

3. The Debtor has not provided the Trustee with pay advices required by General Order 32 and/or with federal and state income tax returns (and W-2's if applicable) required to be filed for the most recent tax year ending before the commencement of the case. Because these documents have not been provided, the Trustee cannot perform the analysis needed in order to determine whether the tests for confirmation in 11 U.S.C. Sections 1325(a) and (b) are met. Until these documents are provided, the case will not be analyzed. In addition, the Trustee requests Debtor provide a declaration, signed under penalty of perjury, stating that the tax returns, once provided, are true and accurate copies of the documents submitted to the taxing authorities.

4. The Debtor is not in compliance with 11 U.S.C. §521(a)(1)(B)(iii). Debtor failed to list his/her year to date gross yearly income as well as his/her gross yearly income for the two years immediately preceding the filing of the bankruptcy under Question 4 of the Statement of Financial Affairs. An Amended Statement of Financial Affairs must be filed to provide this information.

Dated: May 19, 2022             /S/ Devin Derham-Burk

                                Chapter 13 Trustee

Trustee's Obj to Confirmation 22-50306SLJ

3

Case: 22-50306    Doc# 13    Filed: 05/19/22    Entered: 05/19/22 14:29:54    Page 3 of 4

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within case; my business address is 105 Cooper Court, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on May 19, 2022.

Said envelopes were addressed as follows:

| | |
|---|---|
| Phan Ngoc Pham<br>4462 Concerto Drive<br>San Jose, CA 95111 | Law Offices of Phuc Dinh Do<br>181 S King Rd<br>San Jose, CA 95116 |

/S/ Lesley Pace
Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation 22-50306SLJ