DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:                                                    )
                                                          )
Phan Ngoc Pham                                            )   Chapter 13
                                                          )   Case No. 22-50306SLJ
                                                          )
                                                          )
                                                          )   THIRD AMENDED TRUSTEE'S OBJECTION
                                                          )   TO CONFIRMATION WITH CERTIFICATE
                                                          )   OF SERVICE
                                                          )
                                                          )   Continued 341 Meeting Date: July 6, 2022 @
                                                          )   9:30AM
                                                          )   Pre-Hearing Conference Date: N/A – Trustee's
                                                          )   Pending List
                                                          )   Place: Telephonic or Video Only
                   Debtor(s)                                  Judge:  Stephen L. Johnson

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the

following reasons:


1.  The Plan is not feasible pursuant to 11 U.S.C. §1325(a)(6) because the Debtor is

    proposing to pay a total of $33,840.00 and this is not enough money to pay all scheduled

    and/or filed secured, priority, administrative, and any general unsecured claims plus

    trustee's fees.  As of the date of this objection, and based on the Trustee's review of

    scheduled and filed claims, the Debtor would need to pay $45,700.00.  **This amount can**

    **change *daily* because it is derived from many variables including the amounts stated**

Trustee's Obj to Confirmation 22-50306SLJ

1

**on filed claims, changing treatment of claims in amended plans, objections to claims, additional attorneys fees and changing trustee's fees. The actual amount of money needed to complete the plan cannot be determined until after the plan is confirmed and all claims are filed and allowed. The Trustee is providing the above number to assist the Debtor in understanding why the plan is not feasible at this time. The number does not represent an actual payoff for the case and cannot be relied upon for any purpose other than to demonstrate lack of feasibility.**

2. The Debtor has failed to appear and/or submit to examination under oath at the meeting of creditors under 11 U.S.C. §341(a). Without conducting this examination, the Trustee is unable to adequately investigate the Debtor's financial affairs as she is required to do pursuant to 11 U.S.C. §1302(b)(1) (incorporating 11 U.S.C. §704(a)(4)). In addition, until the Debtor is examined by the Trustee, she is unable to recommend confirmation of the Debtor's plan. The Trustee requests that the Debtor appear at a rescheduled meeting of creditors.

3. The Debtor has failed to provide the Trustee with either or both 1) a government-issued photo identification, or 2) proof of a social security number. *See* 11 U.S.C. §521(h). Without being able to establish the identity of the Debtor, the Trustee is unable to adequately investigate the financial affairs of the Debtor or recommend confirmation. The Trustee requests that the Debtor provide her with verification of both identity and social security number.

4. The plan is in violation of 11 U.S.C. §1325(a)(6). The plan payments under Section 2.01 of the plan are insufficient to cover the monthly administrative expense in the amount of $556.40 under Section 3.06 of the plan as well as the Trustee's fees. The monthly plan payments under Section 2.01 cannot be less than $619.00.

Case: 22-50306    Doc# 23    Filed: 06/16/22    Entered: 06/16/22 14:59:14    Page 2 of 4

1      5.  The Trustee is unable to recommend the case for confirmation until such time as counsel

2          for the Debtor files an Application for Compensation.

3

4

5

6

7  Dated: June 16, 2022                         /S/ Devin Derham-Burk

8                                                 Chapter 13 Trustee

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE BY MAIL**

I declare that I am over the age of 18 years, not a party to the within case; my business address is 105 Cooper Court, Los Gatos, California 95032.  I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on June 16, 2022.

Said envelopes were addressed as follows:

| | |
|---|---|
| Phan Ngoc Pham<br>4462 Concerto Drive<br>San Jose, CA  95111 | Law Offices of Phuc Dinh Do<br>181 S King Rd<br>San Jose, CA  95116 |

/S/ Lesley Pace_____
Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation 22-50306SLJ

4